# Court of Appeals
# of the State of Georgia

ATLANTA,     July 03, 2012

*The Court of Appeals hereby passes the following order:*

## A12D0419.  MARTHA OVIEDO v. MARTHA SANCHEZ, et al.

Martha Oviedo filed a tort claim in superior court against several defendants. The trial court granted the defendants' motion for summary judgment on the basis that Oviedo's claims were barred by her prior settlement of a workers' compensation claim.  Oviedo filed this application for discretionary appeal seeking to challenge the trial court's ruling.

An order granting summary judgment is subject to direct appeal.  See OCGA § 9-11-56 (h); *Culwell v. Lomas & Nettleton Co.*, 242 Ga. 242, 243 (248 SE2d 641) (1978).  Under OCGA § 5-6-35 (j), this Court will grant an otherwise timely application for discretionary appeal if the order is subject to direct appeal.  As the order at issue is subject to direct appeal, this application is hereby GRANTED. Oviedo shall have 10 days from the date of this order to file a notice of appeal with the superior court, if she has not already done so. The superior court is directed to include a copy of this order in the appellate record.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/03/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*